## BYNE *vs.* SMITH.

1. Looking at the whole charge, there was no error in it; it was a full and fair submission of the law covering the facts in the case, and the refusals to charge complained of were substantially covered by the charge given.
2. The evidence was conflicting, and there was no abuse of discretion in refusing to grant a new trial, on the ground that the verdict was contrary to law and evidence.

Judgment affirmed.

November 3, 1885.

BLANDFORD, Justice.

---

## BOWEN *vs.* GROOVER.

Where an execution was levied and an affidavit of illegality was interposed on five grounds, and the court sustained two of them and overruled the other three, and thereupon dismissed the levy, this was a final judgment disposing of that case in favor of the defendant, and he could not except and bring the case to this court, on the ground that if the court had sustained the other three grounds of the affidavit, it would have resulted in quashing the *fi. fa.*, while the dismissal of the levy on the grounds sustained did not effect that result.   Code, §3665.

Writ of error dismissed.

January 26, 1886.

JACKSON, Chief Justice.

---

## DOERFLINGER *vs.* NELSON.

Where an affidavit of illegality was interposed to the levy of a *fi. fa.*, on the ground that it had been paid, the defendant in *fi. fa.* was not a competent witness to prove that such payment was made by him to the counsel for plaintiff in *fi. fa.*, such counsel having since died.   72 *Ga.*, 143; 75 *Id.*, 502.

(a.) An affidavit of illegality on the ground of payment being filed, and there being no evidence of such payment, it was properly dismissed.

Judgment affirmed.

January 26, 1886.

JACKSON, Chief Justice.